**No. 39300.**—Protest 765304–G of Rogers Peet Co. (New York).

Opinion by KINCHELOE, J.   The protest was sustained in accordance with stipulation of counsel.

**No. 39301.**—Protest 924906–G of Arthur Jaffe, Inc. (New York).

Opinion by KINCHELOE, J.   The exhibits consisted of three sheets of heavy paper upon which are printed anatomical representations of the human form showing the grain, conformation, and action of the muscles of the body when in different postures and in exercise, with the names of the muscles represented, and diagrams.   It was conceded that they are lithographically printed.   G. A. 8422 (T. D. 38679) cited.   On the record presented and the authority of *Sheldon* v. *United States* (4 Ct. Cust. Appls. 42, T. D. 33265) and *United States* v. *Buffalo Society of Natural Sciences* (15 id. 1, T. D. 42128) they were held properly classified as charts.

**No. 39302.**—Protest 899147–G of Ingram & Co. (Los Angeles).

Opinion by KINCHELOE, J.   The testimony failed to show that the paper in question is used chiefly for the printing of newspapers.   *United States* v. *Myers* (24 C. C. P. A. 464, T. D. 48913), *Larsen* v. *United States* (T. D. 49254), and *United States* v. *Tower* (26 C. C. P. A. 1, T. D. 49534) cited.   The claim for free entry under paragraph 1772 was overruled.

**No. 39303.**—Protests 872115–G, etc., of Alliance Distributors, Inc. (New York).

Opinion by KINCHELOE, J.   The sample consists of a booklet or pamphlet entitled "The William Whiteley Company" and has attached thereto an affidavit showing authorship of same by Vernon Samuel Ridley, a subject of Great Britain. The claim at 15 percent under paragraph 1410 was sustained.   *United States* v. *American Railway Express Co.* (17 C. C. P. A. 10, T. D. 43317) cited.

AUGUST 26, 1938

**No. 39304.**—————Protest 889992–G of Charles B. Chrystal Co., Inc.   T. D. 49571.   Application by Government for rehearing denied.

AUGUST 29, 1938

**No. 39305.**—————Protests 817625–G, etc., of A. L. Verdugo.   Abstract 38801.   Application by Government for rehearing granted and the earlier decision corrected dismissing certain protests which were not filed in time. In other respects the decision was affirmed.